IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:25cr188 TBM-BWR

LAWRENCE WADE DESCHAMP,
GEORGE PONTHIEUX,
MILTON KEYS, JR.,
TRAVIS JAMES CARRELL,
LANE BOUDREAUX,
LOUIS, JR., SUMMERS,
TYLER CANE VERONIE,
JOHN THOMAS BANKS,
RACHEL LYNN DESCHAMP,
JESSIE ALLEN STANLEY,
BRANDON DALE TRIBBLE,
CRAIGNON JOSEPH LADNER,
JODY JAMES JOHNSON,
RODERICK BLAKE LANDER, and
WESTON JOSEPH LADNER

NOTICE OF MAXIMUM PENALTY

**Violation of the Animal Welfare Act**
7 U.S.C. § 2156(a)(2)(A) and 18 U.S.C. § 49

- Not more than one (1) year of imprisonment
- Not more than a $100,000 fine
- Not more than one (1) year supervised release
- $25 special assessment